## INDEX OF EXHIBITS

Exhibit A: BOP Sentence Computation Data.

Exhibit B: Email to Warden.

Exhibit C: Letter to Warden.

Exhibit D: Response from Warden.

Exhibit E: Simmonds Medical Record re: Smoking.