```
DEVPX   540*23  *           SENTENCE MONITORING              *    08-28-2020
PAGE 001         *           COMPUTATION DATA                 *    14:13:25     EXHIBIT A
                              AS OF 08-28-2020


REGNO..: 09012-082 NAME: SIMMONDS, VON


FBI NO...........: 650572TD9              DATE OF BIRTH: ▓▓▓▓▓▓    AGE:  38
ARS1.............: SCH/A-DES
UNIT.............: RDAP                   QUARTERS.....: A02-202U
DETAINERS........: NO                     NOTIFICATIONS: NO

HOME DETENTION ELIGIBILITY DATE: 02-20-2021

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  06-08-2021 VIA GCT REL


                    RELEASE AUDIT COMPLETED ON 05-28-2020 BY DSCC
---------------------CURRENT JUDGMENT/WARRANT NO: 020 -----------------------

COURT OF JURISDICTION...........: VERMONT
DOCKET NUMBER...................: 5:13-CR-42-01
JUDGE...........................: CRAWFORD
DATE SENTENCED/PROBATION IMPOSED: 02-25-2015
DATE SUPERVISION REVOKED........: 07-15-2019
TYPE OF SUPERVISION REVOKED.....: REG
DATE COMMITTED..................: 10-15-2019
HOW COMMITTED...................: COMMIT OF SUPERVISED REL VIOL
PROBATION IMPOSED...............: NO

                 FELONY ASSESS  MISDMNR ASSESS   FINES           COSTS
NON-COMMITTED.:  $100.00        $00.00           $00.00          $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO       AMOUNT:  $00.00

-------------------------CURRENT OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  409     21:841 & 846 SEC 841-851
OFF/CHG: 21:846,841(A)(1):841(B)(1)(C): CONSPIRACY TO DISTRIBUTE
         COCAINE BASE **SRV**

 SENTENCE PROCEDURE..............: SUPERVISED RELEASE VIOLATION PLRA
 SENTENCE IMPOSED/TIME TO SERVE.:     12 MONTHS
 DATE OF OFFENSE.................: 03-19-2013




G0002        MORE PAGES TO FOLLOW . . .
```

```
 DEVPX   540*23  *          SENTENCE MONITORING              *   08-28-2020
 PAGE 002        *           COMPUTATION DATA                *   14:13:25
                              AS OF 08-28-2020


 REGNO..: 09012-082 NAME: SIMMONDS, VON



 ---------------------CURRENT JUDGMENT/WARRANT NO: 030 ------------------------

 COURT OF JURISDICTION...........: VERMONT
 DOCKET NUMBER...................: 5:18-CR-107-01
 JUDGE...........................: CRAWFORD
 DATE SENTENCED/PROBATION IMPOSED: 07-15-2019
 DATE COMMITTED..................: 10-15-2019
 HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
 PROBATION IMPOSED...............: NO

                  FELONY ASSESS   MISDMNR ASSESS   FINES          COSTS
 NON-COMMITTED.:  $200.00         $00.00           $00.00         $00.00

 RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO        AMOUNT:  $00.00

 ------------------------CURRENT OBLIGATION NO: 010 ---------------------------
 OFFENSE CODE....:   409     21:841 & 846 SEC 841-851
 OFF/CHG: 21:841(A) DISTRIBUTION OF COCAINE BASE(CT4,5)

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:     24 MONTHS
  TERM OF SUPERVISION............:      6 YEARS
  RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER....: C/S TO 010
  DATE OF OFFENSE................: 07-31-2018

 ------------------------CURRENT COMPUTATION NO: 020 --------------------------

 COMPUTATION 020 WAS LAST UPDATED ON 05-28-2020 AT DSC AUTOMATICALLY
 COMPUTATION CERTIFIED ON 05-28-2020 BY DESIG/SENTENCE COMPUTATION CTR

 THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
 CURRENT COMPUTATION 020: 020 010, 030 010




         G0002         MORE PAGES TO FOLLOW . . .
```

```
 DEVPX   540*23 *           SENTENCE MONITORING           *    08-28-2020
PAGE 003         *            COMPUTATION DATA            *    14:13:25
                            AS OF 08-28-2020


REGNO..: 09012-082 NAME: SIMMONDS, VON


DATE COMPUTATION BEGAN..........: 07-15-2019
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............:     36 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:      3 YEARS
AGGREGATED TERM OF SUPERVISION..:      6 YEARS
EARLIEST DATE OF OFFENSE........: 03-19-2013

JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                    08-02-2018    07-14-2019

TOTAL PRIOR CREDIT TIME.........: 347
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 54
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: 06-08-2021
ELDERLY OFFENDER TWO THIRDS DATE: 08-02-2020
EXPIRATION FULL TERM DATE.......: 08-01-2021
TIME SERVED.....................:      2 YEARS     27 DAYS
PERCENTAGE OF FULL TERM SERVED..:  69.1
PERCENT OF STATUTORY TERM SERVED:  72.7

PROJECTED SATISFACTION DATE.....: 06-08-2021
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: 11-08-2019 GCT/FFT UPDT, D/BMM.  11-21-19 GCT UPDATED D/LMS
                05-28-20 UPD DOCKET#




G0002         MORE PAGES TO FOLLOW . . .
```

```
 DEVPX   540*23  *         SENTENCE MONITORING          *    08-28-2020
 PAGE 004         *         COMPUTATION DATA            *    14:13:25
                             AS OF 10-15-2015

 REGNO..: 09012-082 NAME: SIMMONDS, VON


 FBI NO...........: 650572TD9             DATE OF BIRTH:             AGE:  38
 ARS1.............: SCH/A-DES
 UNIT.............: RDAP                  QUARTERS.....: A02-202U
 DETAINERS........: NO                    NOTIFICATIONS: NO

 HOME DETENTION ELIGIBILITY DATE: 07-02-2015

 THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
 THE INMATE WAS SCHEDULED FOR RELEASE:  10-15-2015 VIA GCT REL


                  RELEASE AUDIT COMPLETED ON 03-16-2015 BY DSCC
 ------------------------PRIOR JUDGMENT/WARRANT NO: 010 ------------------------

 COURT OF JURISDICTION...........: VERMONT
 DOCKET NUMBER...................: 5:13-CR-42-1
 JUDGE...........................: REISS
 DATE SENTENCED/PROBATION IMPOSED: 02-25-2015
 DATE COMMITTED..................: 04-09-2015
 HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
 PROBATION IMPOSED...............: NO

                  FELONY ASSESS  MISDMNR ASSESS   FINES           COSTS
 NON-COMMITTED.:  $100.00         $00.00         $00.00          $00.00

 RESTITUTION...: PROPERTY:  NO   SERVICES:  NO       AMOUNT:  $00.00

 ---------------------------PRIOR OBLIGATION NO: 010 ---------------------------
 OFFENSE CODE....:  409     21:841 & 846 SEC 841-851
 OFF/CHG: 21:846,841(A)(1):841(B)(1)(C): CONSPIRACY TO DISTRIBUTE
          COCAINE BASE

  SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:     35 MONTHS
  TERM OF SUPERVISION............:      3 YEARS
  DATE OF OFFENSE................: 03-19-2013




 G0002          MORE PAGES TO FOLLOW . . .
```

```
 DEVPX  540*23 *          SENTENCE MONITORING           *    08-28-2020
PAGE 005 OF 005 *           COMPUTATION DATA            *    14:13:25
                            AS OF 10-15-2015

REGNO..: 09012-082 NAME: SIMMONDS, VON


---------------------------PRIOR COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 03-11-2015 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 03-16-2015 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:   010 010

DATE COMPUTATION BEGAN..........: 02-25-2015
TOTAL TERM IN EFFECT............:     35 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:      2 YEARS     11 MONTHS
EARLIEST DATE OF OFFENSE........: 03-19-2013

JAIL CREDIT.....................:    FROM DATE    THRU DATE
                                     03-08-2013   02-24-2015

TOTAL PRIOR CREDIT TIME.........: 719
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 113
TOTAL GCT EARNED................: 113
STATUTORY RELEASE DATE PROJECTED: 10-15-2015
ELDERLY OFFENDER TWO THIRDS DATE: 02-16-2015
EXPIRATION FULL TERM DATE.......: 02-05-2016
TIME SERVED.....................:      2 YEARS      7 MONTHS      8 DAYS
PERCENTAGE OF FULL TERM SERVED..:  89.3
PERCENT OF STATUTORY TERM SERVED: 100.0

ACTUAL SATISFACTION DATE........: 10-15-2015
ACTUAL SATISFACTION METHOD......: GCT REL
ACTUAL SATISFACTION FACILITY....: CPA
ACTUAL SATISFACTION KEYED BY....: MH

DAYS REMAINING..................: 113
FINAL PUBLIC LAW DAYS...........: 0

             03-11-15: COMP ENTERED. JEE/D FRA COMPLETE 03-16-2015D/EMW.




G0000         TRANSACTION SUCCESSFULLY COMPLETED
```